# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **ROGELIA MARTINEZ-SWEENEY AND SEAN P. SWEENEY** | **CIVIL ACTION NO. _____** |
| **VERSUS** | **JUDGE _____** |
| **THE CONTINENTAL INSURANCE COMPANY, 4J FOUNDATION, INC., EARL K. JONES, UNITED SPECIALTY INSURANCE COMPANY, NJ TRUCKING EXPRESS, INC., ZIMING WANG, ALLIED WORLD NATIONAL ASSURANCE COMPANY, C W & W CONTRACTORS, INC. AND BOBBY G. EMMITT** | **MAGISTRATE _____** |

## CERTIFICATE OF FILING STATE COURT NOTICE OF REMOVAL

The undersigned attorney for Defendants, **UNITED SPECIALTY INSURANCE COMPANY, NJ TRUCKING EXPRESS, INC. AND ZIMING WANG,** hereby certifies that on the **17th** day of **May**, 2022, Defendants mailed to the Clerk of Court for the Parish of

Bienville, a State Court Notice of Removal, a copy of which is attached hereto.

        Respectfully submitted,

        **HAIK, MINVIELLE & GRUBBS**

    **BY:**  /s/*Julius W. Grubbs, Jr.*
        **JULIUS W. GRUBBS, JR. (#6361)**
        1017 E. Dale Street
        Post Office Box 11040
        New Iberia, LA  70562-1040
        Telephone: (337) 365-5486
        Facsimile: (337) 367-7069
        **ATTORNEY FOR DEFENDANTS,**
        **UNITED SPECIALTY INSURANCE**
        **COMPANY, NJ TRUCKING**
        **EXPRESS, INC. AND ZIMING WANG**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **ROGELIA MARTINEZ-SWEENEY AND SEAN P. SWEENEY** | CIVIL ACTION NO. _____ |
| **VERSUS** | JUDGE _____ |
| **THE CONTINENTAL INSURANCE COMPANY, 4J FOUNDATION, INC., EARL K. JONES, UNITED SPECIALTY INSURANCE COMPANY, NJ TRUCKING EXPRESS, INC., ZIMING WANG, ALLIED WORLD NATIONAL ASSURANCE COMPANY, C W & W CONTRACTORS, INC. AND BOBBY G. EMMITT** | MAGISTRATE _____ |

## CERTIFICATE OF SERVICE

I certify that a copy of this Pleading was electronically filed with the Clerk of Court on the **17ᵗʰ** day of **May**, 2022, by using the CM/ECF system which will send a notice of electronic filing to Filing Users and that each attorney representing plaintiff and other parties are filing users.

> A. Spencer Gulden, Esq.
> Morris Bart, LLC
> 601 Poydras Street, 24ᵗʰ Floor
> New Orleans, LA 70130
> Phone: 504-525-8000
> Email: sgulden@morrisbart.com

New Iberia, Louisiana, this **17th** day of **May**, 2022.

> **HAIK, MINVIELLE & GRUBBS, LLP**
>
> BY: */s/Julius W. Grubbs, Jr.*
>   JULIUS W. GRUBBS, JR. (#6361)