## 2ND JUDICIAL DISTRICT COURT FOR THE PARISH OF BIENVILLE

## STATE OF LOUISIANA

NO. 46-029                                                                                         DIVISION _

### ROGELIA MARTINEZ-SWEENEY AND SEAN P. SWEENEY
### VERSUS
### THE CONTINENTAL INSURANCE COMPANY, 4J FOUNDATION, INC., EARL K. JONES, UNITED SPECIALTY INSURANCE COMPANY, NJ TRUCKING EXPRESS, INC., ZIMING WANG, ALLIED WORLD NATIONAL ASSURANCE COMPANY, C W & W CONTRACTORS, INC. AND BOBBY G. EMMITT

### CONSENT

United Specialty Insurance Company a foreign insurance company doing business and domiciled in the State of Texas, has no objection to the removal of this matter and consents to the removal of this matter from state court to federal court.

_____
UNITED SPECIALTY INSURANCE COMPANY
BY: JULIUS W. GRUBBS, Jr., COUNSEL FOR DEFENDANT
1017 E. DALE STREET
NEW IBERIA, LA 70533
(337) 365-5486