UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **ROGELIA MARTINEZ-SWEENEY AND SEAN P. SWEENEY** | CIVIL ACTION NO. _____ |
| **VERSUS** | JUDGE _____ |
| **THE CONTINENTAL INSURANCE COMPANY, 4J FOUNDATION, INC., EARL K. JONES, UNITED SPECIALTY INSURANCE COMPANY, NJ TRUCKING EXPRESS, INC., ZIMING WANG, ALLIED WORLD NATIONAL ASSURANCE COMPANY, C W & W CONTRACTORS, INC. AND BOBBY G. EMMITT** | MAGISTRATE _____ |

**LIST OF PARTIES AND PLEADINGS
PURSUANT TO 28 U.S.C. 1447(b)**

Defendants, **UNITED SPECIALTY INSURANCE COMPANY, NJ TRUCKING, INC. AND ZIMING WANG,** submit the following list of parties to this action, and attached hereto copies of all pleadings filed by those parties in state court:

I. LIST OF PARTIES

   A. Plaintiffs – **Rogelia Martinez-Sweeney and Sean P. Sweeney**

   B. Defendants – **The Continental Insurance Company, 4J Foundation, Inc., Earl K. Jones, United Specialty Insurance Company, NJ Trucking, Inc., Ziming Wang, Allied World National Assurance Company, C W & W Contractors, Inc. and Bobby G. Emmitt**

II. <u>LIST OF COUNSEL:</u>

A. **Counsel for Plaintiffs, Rogelia Martinez-Sweeney and Sean P. Sweeney**
A. Spencer Gulden, Esq.
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone: 504-525-8000
Email: sgulden@morrisbart.com

**Counsel for Defendants, United Specialty Insurance Company, NJ Trucking, Inc. and Ziming Wang**
Julius W. Grubbs, Jr.
Haik, Minvielle & Grubbs, LLP
1017 E. Dale Street
Post Office Box 11040
New Iberia, Louisiana 70562-1040
Tel: 337-365-5486
Fax: 337-367-7069
Email: jwgrubbs@hmg-law.com

III. <u>LIST OF PLEADINGS:</u>

1. Petition for Damages filed on behalf of Rogelia Martinez-Sweeney and Sean P. Sweeney on April 11, 2022.

Undersigned counsel hereby certifies that the above constitutes the entire State Court record, as represented by the Clerk of Court for the Parish of Bienville.

Respectfully submitted,

**HAIK, MINVIELLE & GRUBBS**

BY: /s/*Julius W. Grubbs, Jr.*
**JULIUS W. GRUBBS, JR. (#6361)**
1017 E. Dale Street
Post Office Box 11040
New Iberia, Louisiana 70562-1040
(337) 365-5486 - Telephone
(337) 367-7069 - Facsimile
**Attorney for Defendants, United Specialty Insurance Company, Nj Trucking, Inc. And Ziming Wang**

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | |
|---|---|
| **ROGELIA MARTINEZ-SWEENEY AND SEAN P. SWEENEY** | **CIVIL ACTION NO. _____** |
| **VERSUS** | **JUDGE _____** |
| **THE CONTINENTAL INSURANCE COMPANY, 4J FOUNDATION, INC., EARL K. JONES, UNITED SPECIALTY INSURANCE COMPANY, NJ TRUCKING EXPRESS, INC., ZIMING WANG, ALLIED WORLD NATIONAL ASSURANCE COMPANY, C W & W CONTRACTORS, INC. AND BOBBY G. EMMITT** | **MAGISTRATE _____** |

## **CERTIFICATE OF SERVICE**

I certify that a copy of this Pleading was electronically filed with the Clerk of Court on the **17th** day of **May**, 2022, by using the CM/ECF system which will send a notice of electronic filing to Filing Users and that each attorney representing plaintiff and other parties are filing users.

A. Spencer Gulden, Esq.<br>
Morris Bart, LLC<br>
601 Poydras Street, 24th Floor<br>
New Orleans, LA 70130<br>
Phone: 504-525-8000<br>
Email: sgulden@morrisbart.com

New Iberia, Louisiana, this **17th** day of **May**, 2022.

**HAIK, MINVIELLE & GRUBBS, LLP**

BY: */s/Julius W. Grubbs, Jr.*
**JULIUS W. GRUBBS, JR. (#6361)**