RECEIVED AND FILED
Bienville Parish Clerk of Court
*Sandra K. Settle*
Monday, April 11, 2022 1:44 PM

46029

2ND JUDICIAL DISTRICT COURT FOR THE PARISH OF BIENVILLE

STATE OF LOUISIANA

NO.  46 - 029                                                   DIVISION

ROGELIA MARTINEZ-SWEENEY AND SEAN P. SWEENEY

VERSUS

THE CONTINENTAL INSURANCE COMPANY, 4J FOUNDATION INC., EARL K. JONES, UNITED SPECIALTY INSURANCE COMPANY, NJ TRUCKING EXPRESS INC, ZIMING WANG, ALLIED WORLD NATIONAL ASSURANCE COMPANY, C W & W CONTRACTORS, INC., AND BOBBY G. EMMITT

FILED:_____          _____
                                                    DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Petitioners, Rogelia Martinez-Sweeney and Sean P. Sweeney, persons of the full age of majority and residents of the State of Michigan, who, with respect, show the Court as follows:

I.

That The Continental Insurance Company, United Specialty Insurance Company, and Allied World National Assurance Company, made party defendants herein, are foreign insurance companies authorized to do and doing business in the State of Louisiana at all times relevant hereto. That 4J Foundation Inc., made a party defendant herein, is a foreign corporation not authorized to do but nonetheless doing business in the State of Louisiana at all times relevant hereto. That NJ Trucking Express Inc, made a party defendant herein, is a foreign corporation not authorized to do but nonetheless doing business in the State of Louisiana at all times relevant hereto. That C W & W Contractors, Inc., made a party defendant herein, is a domestic corporation authorized to do and doing business in the State of Louisiana at all times relevant hereto. That Earl K. Jones, made a party defendant herein, is a person of the full age of majority and a resident and citizen of Oklahoma County, State of Oklahoma. That Ziming Wang, made a party defendant herein, is a person of the full age of majority and a resident and citizen of San Bernardino County, State of California. That Bobby G. Emmitt, made a party defendant herein, is a person of the full age of majority and a resident and citizen of the Parish of Red River, State

State of Louisiana
Parish of Bienville

I hereby certify that this is a true and correct copy of the original instrument as same appears on file in this office.
Given under my hand and seal of office on this MAY 0 2 2022
_____
By Clerk of Court

of Louisiana. That said Defendants are liable, jointly and/or in solido, to Plaintiffs for the following:

II.

That on or about August 19, 2021 prior to 6 a.m., Ziming Wang was operating a 2017 Freightliner Tractor hauling a trailer eastbound on Interstate 20 in the Parish of Bienville, State of Louisiana.

III.

That at approximately the same time and place, Bobby G. Emmitt was operating a 2007 Toyota Tundra owned by defendant, C W & W Contractors, Inc. with its permission and in the course and scope of his employment, eastbound on Interstate 20 in the Parish of Bienville, State of Louisiana, traveling behind the vehicle operated by Ziming Wang.

IV.

That at approximately the same time and place, defendant, Ziming Wang lost control of the tractor trailer he was driving, left the roadway and overturned, with the trailer coming to rest partially in the left lane of the Interstate.

V.

That at approximately the same time and place, defendant, Bobby G. Emmitt, crashed his vehicle into the tail of the overturned trailer.

VI.

Neither Ziming Wang nor Bobby G. Emmitt took any measures to warn oncoming motorists of their vehicles stopped in the roadway, or to otherwise protect oncoming traffic.

VII.

Plaintiff, Rogelia Matinez-Sweeney, was a passenger riding in a 2019 GMC Sierra owned and operated by Rosalind Cadle. Ms. Cadle stopped on the shoulder of the Interstate, out of the lanes of travel, and got out to render assistance. Plaintiff remained in the vehicle.

VIII.

That at approximately the same time and place, Earl K. Jones was operating a 2020 Ford F-350 owned by defendant, 4J Foundation Inc. with its permission and in the course and scope of

his employment, hauling a loaded flatbed trailer eastbound on Interstate 20 in the Parish of Bienville, State of Louisiana.

IX.

That at approximately the same time and place, defendant, Earl K. Jones, violently collided with the 2019 GMC Sierra in which plaintiff, Rogelia Martinez-Sweeney, was sitting.

X.

That the aforesaid accident sued on herein was the fault of and proximately caused by Defendants, 4J Foundation Inc. and Earl K. Jones, in the following respects:

(a) by crashing into plaintiff's stationary vehicle which was located outside the lane of travel on the shoulder of the roadway;

(b) by failing to maintain reasonable and proper control of the vehicle under his control upon a public road;

(c) by leaving his lane of travel and colliding with plaintiff's vehicle;

(d) by failing to exercise due care;

(e) by operating the vehicle under his control in a reckless and negligent manner;

(f) by failing to see what should be seen.

XI.

That the aforesaid accident sued on herein was the fault of and proximately caused by Defendants, NJ Trucking Express Inc and Ziming Wang, in the following respects:

(a) by failing to maintain reasonable and proper control of the vehicle under his control upon a public road;

(b) by operating the vehicle under his control in a reckless and negligent manner;

(c) by failing to see what should be seen;

(d) by falling asleep at the wheel or driving while drowsy;

(e) by failing to display appropriate signal lights sufficient to warn oncoming traffic;

(f) by not otherwise protecting oncoming traffic.

XII.

That the aforesaid accident sued on herein was the fault of and proximately caused by Defendants, C W & W Contractors, Inc. and Bobby G. Emmitt, in the following respects:

(a) by crashing into the trailer of the overturned 18-wheeler and stopping suddenly in the roadway, creating a dangerous hazard for following motorists;

(b)     by failing to maintain reasonable and proper control of the vehicle under his control upon a public road;

(c)     by failing to display appropriate signal lights sufficient to warn oncoming traffic;

(d)     by not otherwise protecting oncoming traffic;

(e)     by failing to remove the vehicle from the roadway;

(f)     by operating the vehicle under his control in a reckless and negligent manner;

(g)     by failing to see what should be seen.

### XIII.

That as a result of the aforesaid collision and negligence, Rogelia Martinez-Sweeney has sustained serious injuries to her right shoulder, neck, and other injuries to her body and mind, together with past and future mental anguish and physical suffering; past and future loss of enjoyment of life; past and future expenses for medical care; past and future loss of earnings and impaired earning capacity; all of which entitles Plaintiff, Rogelia Martinez-Sweeney, to recover from Defendants the damages as are reasonable in the premises.

### XIV.

That Rogelia Martinez-Sweeney and Sean P. Sweeney were married at all times relevant hereto and have remained married at all times thereafter.

### XV.

That as a result of the injuries which Rogelia Martinez-Sweeney sustained in the accident sued on herein, Sean P. Sweeney has suffered a loss of consortium, services and society of his wife, Rogelia Martinez-Sweeney, and therefore has sustained damages as are reasonable in the premises.

### XVI.

Petitioners show that at all times pertinent, Defendant, Earl K. Jones, was an employee of Defendant, 4J Foundation Inc., and was acting within the course and scope of his employment therewith. Therefore, said employer is liable for the negligent fault, acts, and omissions of its employee pursuant to the Louisiana Civil Code.

### XVII.

Petitioners show that at all times pertinent, Defendant, Ziming Wang, was an employee of Defendant, NJ Trucking Express Inc, and was acting within the course and scope of his

4

employment therewith.  Therefore, said employer is liable for the negligent fault, acts, and omissions of its employee pursuant to the Louisiana Civil Code.

XVIII.

Petitioners show that at all times pertinent, Defendant, Bobby G. Emmitt, was an employee of Defendant, C W & W Contractors, Inc., and was acting within the course and scope of his employment therewith.  Therefore, said employer is liable for the negligent fault, acts, and omissions of its employee pursuant to the Louisiana Civil Code.

XIX.

Petitioners show that at all times mentioned hereinabove, there was in full force and effect a policy of insurance issued by Defendant, The Continental Insurance Company, under the terms and conditions of which it agreed to insure and indemnify Defendants, 4J Foundation Inc. and Earl K. Jones, from the type of liability asserted herein.

XX.

Petitioners show that at all times mentioned hereinabove, there was in full force and effect a policy of insurance issued by Defendant, United Specialty Insurance Company, under the terms and conditions of which it agreed to insure and indemnify Defendants, NJ Trucking Express Inc and Ziming Wang, from the type of liability asserted herein.

XXI.

Petitioners show that at all times mentioned hereinabove, there was in full force and effect a policy of insurance issued by Defendant, Allied World National Assurance Company, under the terms and conditions of which it agreed to insure and indemnify Defendants, C W & W Contractors, Inc. and Bobby G. Emmitt, from the type of liability asserted herein.

XXII.

Petitioners show that this case involves damages which exceed $75,000.00, exclusive of legal interest and costs.

WHEREFORE, Petitioners, Rogelia Martinez-Sweeney and Sean P. Sweeney, pray that Defendants, The Continental Insurance Company, 4J Foundation Inc., Earl K. Jones, United Specialty Insurance Company, NJ Trucking Express Inc, Ziming Wang, Allied World National Assurance Company, C W & W Contractors, Inc. and Bobby G. Emmitt, be served with a

certified copy of this petition, and after being duly cited to appear and answer hereto, and after

the expiration of all legal delays and due proceedings are had, that there be judgment rendered

herein in favor of Petitioners,  Rogelia Marinez-Sweeney and Sean P. Sweeney, and against

Defendants, The Continental Insurance Company, 4J Foundation Inc., Earl K. Jones, United

Specialty Insurance Company, NJ Trucking Express Inc, Ziming Wang, Allied World National

Assurance Company, C W & W Contractors, Inc. and Bobby G. Emmitt, jointly and/or in solido,

for damages as are reasonable in the premises; each of said judgments to bear legal interest from

the date of judicial demand until paid and for all costs of these proceedings.

> RESPECTFULLY SUBMITTED:
> MORRIS BART, LLC
> ATTORNEY FOR PLAINTIFF
> 601 POYDRAS STREET, 24TH FLOOR
> NEW ORLEANS, LA  70130
> TELEPHONE: (504) 525-8000
> FACSIMILE: (504) 324-0738
> E-MAIL: sgulden@morrisbart.com
>
> BY: _____
>        A. SPENCER GULDEN, NO. LA23110

**PLEASE SERVE:**

1.    THE CONTINENTAL INSURANCE COMPANY
      Through its agent for service:
      Louisiana Secretary of State
      8585 Archives Avenue
      Baton Rouge, Louisiana 70809

2.    ALLIED WORLD NATIONAL ASSURANCE COMPANY
      Through its agent for service:
      Louisiana Secretary of State
      8585 Archives Avenue
      Baton Rouge, Louisiana 70809

3.    UNITED SPECIALTY INSURANCE COMPANY
      Through its agent for service:
      Louisiana Secretary of State
      8585 Archives Avenue
      Baton Rouge, Louisiana 70809

4.    4J FOUNDATION INC.
      PLEASE SERVE THROUGH LOUISIANA LONG ARM STATUTE:
      Mr. Bryan Jones, Agent for Service of Process
      4J Foundation Inc.
      36503 Westech Rd.
      Shawnee, OK 74804

5.  NJ TRUCKING EXPRESS INC
    PLEASE SERVE THROUGH LOUISIANA LONG ARM STATUTE:
    Mr. Mark Sheng Liu, Agent for Service of Process
    NJ Trucking Express Inc
    412 El Encino Dr.
    Diamond Bar, CA 91765

6.  C W & W CONTRACTORS, INC.
    Through its agent for service:
    Mr. Glen Warren
    8179 Highway 371
    Sibley, LA 71073

7.  EARL K. JONES
    PLEASE SERVE THORUGH LOUISIANA NON-MOTORIST STATUTE:

    Earl K. Jones
    18671 E. Tecumseh Rd.
    Newalla, OK 74857
    Through his agent for service of process pursuant to LSA R.S. 13:3474 et seq.:
    Louisiana Secretary of State
    8585 Archives Avenue
    Baton Rouge, LA 70809

    AND

    PLEASE SERVE THROUGH LOUISIANA LONG ARM STATUTE:

    Earl K. Jones
    18671 E. Tecumseh Rd.
    Newalla, OK 74857

8.  ZIMING WANG
    PLEASE SERVE THORUGH LOUISIANA NON-MOTORIST STATUTE:

    Ziming Wang
    17872 Autry Ct.
    Chino Hills, CA 91709
    Through his agent for service of process pursuant to LSA R.S. 13:3474 et seq.:
    Louisiana Secretary of State
    8585 Archives Avenue
    Baton Rouge, LA 70809

    AND

    PLEASE SERVE THROUGH LOUISIANA LONG ARM STATUTE:

    Ziming Wang
    17872 Autry Ct.
    Chino Hills, CA 91709

9.  BOBBY G. EMMITT
    4407 Hwy 174
    Coushatta, LA 71019

7

2ND JUDICIAL DISTRICT COURT FOR THE PARISH OF BIENVILLE

STATE OF LOUISIANA

NO.   **46 - 029**

DIVISION " "

ROGELIA MARTINEZ-SWEENEY AND SEAN P. SWEENEY

**VERSUS**

THE CONTINENTAL INSURANCE COMPANY, 4J FOUNDATION
INC., EARL K. JONES, UNITED SPECIALTY INSURANCE COMPANY,
NJ TRUCKING EXPRESS INC, ZIMING WANG, ALLIED WORLD
NATIONAL ASSURANCE COMPANY, C W & W CONTRACTORS,
INC., AND BOBBY G. EMMITT

FILED: _____APR 1 1 2022_____     _Sandra K. Settle_
DEPUTY CLERK

## REQUEST FOR NOTICE

TO:   CLERK OF COURT
2ND JUDICIAL DISTRICT COURT FOR THE PARISH OF
BIENVILLE

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, Plaintiff hereby
requests written notice of the date set for trial of the above numbered and entitled cause, or of the
date set for trial or hearing of any pleadings or motions herein, at least ten (10) days before any
trial or hearing date.

Plaintiff also requests notice of the signing of any final judgment or of the rendition of
any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the
Louisiana Code of Civil Procedure.

RESPECTFULLY SUBMITTED:
MORRIS BART, LLC
ATTORNEY FOR PLAINTIFF
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
TELEPHONE: (504) 525-8000
FACSIMILE: (504) 324-0738
E-MAIL: sgulden@morrisbart.com

BY: _____
A. SPENCER GULDEN, NO. LA23110